AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

MARSHALL BURGESS, JR.,

        Plaintiff,             JUDGMENT IN A CIVIL CASE
  V.

                         CASE NUMBER: **3:12-CV-0087-ECR-WGC**

ELISE SPELL, et al.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal shall count as an additional "strike" for purposes of 28 U.S.C. § 1915(g).

   February 16, 2012                     **LANCE S. WILSON**
                                       Clerk

                                   /s/ D. R. Morgan
                                     Deputy Clerk